IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALONSO NAVARRETE, as personal
representative of the Wrongful Death Estate
of IDALIA DOMINGUEZ, deceased, and
AMEILIA DOMINGUEZ,

      Plaintiffs,

vs.                                No. CIV 17-1055 JB\LF

BALANCE TRANSPORTATION, LLC, and
JOHN DOES #1-10,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal of All Claims Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii), filed July 19, 2018 (Doc. 41)("Stipulation").  In the Stipulation, the parties stipulate to dismissal of all claims without prejudice under rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  See Stipulation at 1.  With no further claims or parties before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that: (i) this action is dismissed without prejudice; and (ii) Final Judgment is entered.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel*:

Kimberly S Brusuelas-Benavidez
Brusuelas & Associates, PC
Albuquerque, New Mexico

-- and --

Thomas Mucci
Mucci Law Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

William R. Moye
Stephanie M. Krueger
Thompson, Coe, Cousins & Irons, LLP
Houston, Texas

    *Attorneys for the Defendant Balance Transportation, LLC*